**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

October 01, 2014

Hon. Ray R. Ortiz
Jones, Andrews & Ortiz, PC
10100 Reunion Place, Suite 600
San Antonio, TX 78216
* DELIVERED VIA E-MAIL *

Hon. John S. Mostyn
Attorney at Law
3810 West Alabama St.
Houston, TX 77027-5204
* DELIVERED VIA E-MAIL *

Re:       Cause No. 13-14-00572-CV
Tr.Ct.No. C-4550-14-J
Style:    In Re Aaron Aquiles Galvan

Enclosed please find the opinion issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    206th District Court (DELIVERED VIA E-MAIL)
       Hon. Laura Hinojosa, Hidalgo County District Clerk (DELIVERED VIA E-MAIL)
       Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region
       (DELIVERED VIA E-MAIL)